

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00078-CV

**RIVER CITY CARE CENTER, INC.** d/b/a River City Care Center,
Appellant

v.

Betty **TAYLOR**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15814
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. We RENDER judgment that appellee take nothing. Costs of this appeal are assessed against appellee.

SIGNED June 17, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice